UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BARRETT and CRAIG CUNNINGHAM on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY SECURITY LIFE INSURANCE COMPANY and NFS INSURANCE AGENCY LLC D/B/A SENIORS UNITED INSURANCE,<br><br>Defendants. | Civil Action No.  1:18-cv-11545-ADB |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Fidelity Security Life Insurance Company ("Fidelity") and NFS Insurance Agency LLC d/b/a Seniors United Insurance ("NFS," and together with Fidelity, "Defendants") respectfully move this Court to dismiss the Complaint filed by Plaintiffs Joseph Barrett and Craig Cunningham (collectively, "Plaintiffs") for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

First, Plaintiffs' threadbare allegations do not establish personal jurisdiction over non-resident Defendants. In addition, Tennessee resident Cunningham does not allege injury, or that Defendants initiated unlawful conduct, in Massachusetts. Second, Plaintiffs fail to state a claim under the Telephone Consumer Protection Act by inadequately pleading vicarious liability by Fidelity and direct liability by NFS. As Plaintiffs' claim under M.G.L. c. 93A is derivative of their TCPA claim and is not a *per se* violation of the former, and since Plaintiffs cannot allege extreme or egregious acts by Defendants, the Chapter 93A claim also fails.

In support of their Motion, Defendants rely on their Memorandum of Law filed contemporaneously herewith.

## LOCAL RULE 7.1 CERTIFICATION

I, Anthony Froio, hereby certify that counsel for Defendants attempted to confer with counsel for Plaintiffs in order to comply with obligations pursuant to Local Rule 7.1 that the parties meet and confer in an attempt in good faith to resolve or narrow the issues in the above Motion.

*/s/Anthony A. Froio*
Anthony A. Froio

DATED:  October 29, 2018

Respectfully submitted,

NFS INSURANCE AGENCY LLC D/B/A
SENIORS UNITED INSURANCE and FIDELITY
SECURITY LIFE INSURANCE COMPANY

By its attorneys,

 /s/ Manleen Singh
Anthony A. Froio (BBO: 554708)
afroio@robinskaplan.com
Manleen Singh,  (BBO: 686686)
msingh@robinskaplan.com
ROBINS KAPLAN LLP
800 Boylston Street
Suite 2500
Boston, MA  02199
617 267 2300

Christine Reilly (*pro hac vice*)
creilly@manatt.com
Kristin Haule (*pro hac vice*)
khaule@manatt.com
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA 90064
310 312 4000

Paul Heeringa (*pro hac vice*)
pheeringa@manatt.com
Manatt, Phelps & Phillips, LLP
20 N Clark Street, Suite 3300
Chicago, IL 60602
312 626 1813

**CERTIFICATE OF SERVICE**

I, Manleen Singh, hereby certify that on October 29, 2018, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants by first class mail.

*/s/ Manleen Singh*
Manleen Singh

35803392.1