**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Joseph Barrett et al
        Plaintiff

    V.

Fidelity Security Life Insurance Company et al
        Defendant

CIVIL ACTION

NO. 18-11545-ADB

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated  11/212018  Granting Defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

        By the Court,

11/21/2018
Date

/s/ Christina McDonagh
Deputy Clerk