## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BARRETT and CRAIG CUNNINGHAM, on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>FIDELITY SECURITY LIFE INSURANCE COMPANY and NFS INSURANCE AGENCY LLC d/b/a SENIORS UNITED INSURANCE,<br><br>　　　　　　Defendants, | Civil Action No. 1:18-cv-11545-ADB |

## JOINT MOTION TO VACATE DISMISSAL ORDER

Plaintiffs Joseph Barrett and Craig Cunningham (collectively, "Plaintiffs") and Defendants Fidelity Security Life Insurance Company and NFS Insurance Agency LLC d/b/a Seniors United Insurance (collectively, "Defendants"), by and through their undersigned attorneys, hereby respectfully request that this Court vacate its November 21, 2018 Order (the "Order") dismissing the case for the following reasons:

1. On October 29, 2018, Defendants filed their Motion to Dismiss Plaintiffs' Complaint (Dkt No. 24) and Motion to Strike Class Allegations (Dkt No. 26) (collectively, the "Motions").

2. Plaintiffs' Oppositions to the Motions were due on November 13, 2018.

3. On or before November 13, 2018, Plaintiffs requested an extension of time to oppose the Motions to November 23, 2018. Defendants assented to Plaintiffs' request.

4. Plaintiffs inadvertently neglected to advise the Court regarding the agreed-to extension of time.

5. On November 21, 2018, the Court granted Defendants' unopposed Motion to Dismiss Plaintiffs' Complaint (Dkt No 29) and entered the Order dismissing the case (Dkt No. 30).

6. After Defendants filed the Motions, the parties commenced settlement negotiations and reached a settlement agreement.

7. As part of the settlement agreement, the parties have agreed that the Order should be vacated for the sole purpose of the parties' filing of a Stipulation of Dismissal, dismissing the case with prejudice.

8. No parties will be prejudiced by the relief requested in this Motion.

WHEREFORE, the parties jointly and respectfully request that the Court vacate its November 21, 2018 Order dismissing the case for the sole purpose of allowing the parties to file a joint Stipulation of Dismissal that dismisses the case with prejudice.

DATED: January 7, 2019

Respectfully submitted,

JOSEPH BARRETT and CRAIG CUNNINGHAM, on behalf of themselves and others similarly situated,

By his attorneys,

*/s/ Edward A. Broderick*
Edward A. Broderick (BBO: 566826)
Anthony Paronich (BBO: 678437)
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA 02110
(508) 221-1510
ted@broderick-law.com
anthony@broderick-law.com

35818877.1

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., Suite 3
Natick, MA 01760
mmccue@massattorneys.net

Alex M. Washkowitz
Jeremy Cohen
CW Law Group, P.C.
188 Oaks Road
Framingham, MA 01701
alex@cwlawgrouppc.com


NFS INSURANCE AGENCY LLC d/b/a
SENIORS UNITED INSURANCE and
FIDELITY SECURITY LIFE INSURANCE
COMPANY

By its attorneys,

 */s/ Manleen Singh*
Anthony A. Froio (BBO: 554708)
AFroio@robinskaplan.com
Manleen Singh (BBO: 686686)
MSingh@robinskaplan.com
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300

Christine Reilly (*pro hac vice*)
CReilly@manatt.com
Kristin Haule (*pro hac vice*)
KHaule@manatt.com
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
(310) 312-4000

Paul Heeringa (*pro hac vice*)
PHeeringa@manatt.com
Manatt, Phelps & Phillips, LLP
20 N. Clark Street, Suite 3300
Chicago, IL 60602
(312) 626-1813

35818877.1

## **CERTIFICATE OF SERVICE**

      I, Manleen Singh, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 7, 2019.

      */s/ Manleen Singh*
      Manleen Singh

35818877.1