# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH BARRETT and CRAIG CUNNINGHAM, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY SECURITY LIFE INSURANCE COMPANY and NFS INSURANCE AGENCY LLC d/b/a SENIORS UNITED INSURANCE,<br><br>Defendants, | Civil Action No.  1:18-cv-11545-ADB |

## STIPULATION OF DISMISSAL

Plaintiffs Joseph Barrett and Craig Cunningham (collectively, "Plaintiffs") and

Defendants Fidelity Security Life Insurance Company and NFS Insurance Agency LLC d/b/a

Seniors United Insurance (collectively, "Defendants"), by and through their undersigned

attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate as follows:

1.   Plaintiffs' claims against Defendants are dismissed, with prejudice, without interest,

attorneys' fees or costs, and with all parties waiving rights of appeal concerning the claims

dismissed pursuant to this Stipulation and rights pursuant to Fed. R. Civ. P. 60; and

2.   The dismissal of Plaintiffs' claims does not prejudice the rights of putative class members

described in the Complaint herein.

DATED: January 8, 2019

Respectfully submitted,

JOSEPH BARRETT and CRAIG CUNNINGHAM, on behalf of themselves and others similarly situated,

By his attorneys,

*/s/ Edward A. Broderick*
Edward A. Broderick (BBO: 566826)
Anthony Paronich (BBO: 678437)
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA 02110
(508) 221-1510
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., Suite 3
Natick, MA 01760
mmccue@massattorneys.net

Alex M. Washkowitz
Jeremy Cohen
CW Law Group, P.C.
188 Oaks Road
Framingham, MA 01701
alex@cwlawgrouppc.com


NFS INSURANCE AGENCY LLC d/b/a
SENIORS UNITED INSURANCE and
FIDELITY SECURITY LIFE INSURANCE
COMPANY

By its attorneys,

*/s/ Manleen Singh*
Anthony A. Froio (BBO: 554708)
AFroio@robinskaplan.com
Manleen Singh (BBO: 686686)
MSingh@robinskaplan.com
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor

Boston, MA 02199
(617) 267-2300

Christine Reilly (*pro hac vice*)
CReilly@manatt.com
Kristin Haule (*pro hac vice*)
KHaule@manatt.com
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
(310) 312-4000

Paul Heeringa (*pro hac vice*)
PHeeringa@manatt.com
Manatt, Phelps & Phillips, LLP
20 N. Clark Street, Suite 3300
Chicago, IL 60602
(312) 626-1813

## CERTIFICATE OF SERVICE

I, Manleen Singh, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 8, 2019.

*/s/ Manleen Singh*
Manleen Singh